

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2019

No. 04-18-00798-CV

**IN THE COMMITMENT OF** Stephen Patrick **BLACK**

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-1805-CV
Honorable Gary L. Steel, Judge Presiding

### ORDER

    In accordance with this court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION and the petition for a writ of mandamus is DENIED.

    We ORDER that no costs shall be assessed against Stephen Patrick Black because he is indigent.

    It is so **ORDERED** on October 2, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2019.

_____
Luz Estrada, Chief Deputy Clerk